UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANTHONY R. BEGONIS,

    Plaintiff,

v.        Case No. 8:14-cv-2623-T-30AEP

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

This cause came before the Court upon Plaintiff's Complaint (Doc. 1) and Affidavit of Indigency (Doc. 2), which the undersigned construed as a motion for leave to proceed *in forma pauperis*. Upon review of the Complaint, the undersigned noted several deficiencies, including the failure to indicate whether Plaintiff exhausted all his administrative remedies and the failure to comply with Rule 8, Federal Rules of Civil Procedure, and therefore denied without prejudice Plaintiff's request to proceed *in forma pauperis*. In addition, Plaintiff received an opportunity to file an amended complaint that corrected the noted deficiencies and was also put on notice that failure to file an amended complaint on or before November 21, 2014 would result in a recommendation of dismissal (Doc. 5). As the record indicates, Plaintiff failed to file an amended complaint within the allotted time. Accordingly, it is hereby

    RECOMMENDED:

    1. Plaintiff's Complaint (Doc. 1) be DISMISSED WITHOUT PREJUDICE.

    2. The Clerk be directed to close the case.

IT IS SO REPORTED in Tampa, Florida, this 24th day of November, 2014.

_____
ANTHONY E. PORCELLI
United States Magistrate Judge

**NOTICE TO PARTIES**

Failure to file and serve written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date it is served on the parties shall bar an aggrieved party from a *de novo* determination by the District Court of issues covered in the report, and shall bar the party from attacking on appeal factual findings in the report accepted or adopted on appeal by the District Court except upon grounds of plain error or manifest injustice. 28 U.S.C. § 636(b)(1)(C); M.D. Fla. R. 6.02; *Nettles v. Wainwright,* 677 F.2d 404 (5th Cir. 1982) (*en banc*).

cc:   Hon. James S. Moody, Jr.
      Plaintiff, *pro se*